UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IVAN N. EVANS,

                    Plaintiff,

-against-

WALGREENS PHARMACY STORE, ET AL,

                    Defendants.

25-cv-3219 (LTS)

CIVIL JUDGMENT

For the reasons stated in the October 30, 2025, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   October 31, 2025
            New York, New York

                                      /s/ Laura Taylor Swain
                                        LAURA TAYLOR SWAIN
                                    Chief United States District Judge